

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-25-00373-CV

NEXT LEVEL AUTOMOTIVE, LLC, APPELLANT

V.

ALLIED SOLUTIONS, LLC, APPELLEE

On Appeal from the County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2024-004794-1, Honorable Don Pierson, Presiding

December 16, 2025

MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Next Level Automotive, LLC, filed a notice of appeal from the trial court's *Default Judgment*. Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE § 73.001. Prior to the transfer, by letter of November 18, 2025, the Clerk of the Second Court of Appeals notified Appellant that the requisite filing fee was overdue and that failure to pay the filing fee by December 1 would result in dismissal of the appeal. Appellant has not paid the filing fee to date.

Because Appellant has failed to comply with a requirement of the appellate rules and a notice from the Clerk requiring action within a specified time, we dismiss the appeal. *See* TEX. R. APP. P. 25.1(b), 42.3(c).

Per Curiam